OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Inasmuch as defendant failed to object to the verdict as returned by the jury, his claim of repugnancy was not preserved for appellate review. (See
 
 People v Parks,
 
 59 AD2d 543, 544;
 
 People v Incherchera,
 
 56 AD2d 852; cf.
 
 Matter of Oliver v Justices of N. Y. Supreme Ct. of N. Y. County,
 
 36 NY2d 53, 58;
 
 People v Quilles,
 
 48 AD2d 933.)
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler and Fuchsberg concur.
 

 Order affirmed in a memorandum.